FORM 2171A (10/14)  
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_____Great Meadow_____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Donald, Clairmont | 18A2991 | A-4-2 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| School 2nd Rm #2 | 9-27-19 | Approx. 1:35 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

113.10 weapon  
114.10 Smuggling

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On 9-27-19, at approximately 1:35 pm I entered Rm #2 in the school on the second floor. I was collecting inmate I.D.'s and I saw an unknown object sit on a unoccupied desk. I recovered the object that was a 2"x1" Box cutter type razor with masking tape wrapped as a handle. The desk was assigned to inmate Donald, C #18A2991, for his TABE test. I took possession of the weapon and notified a supervisor.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 9-27-19 | T. LaFountain | J. 2— | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:**
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS:  1. _____
2. _____    10.4.19 _____    3. _____   M. Bakunco

**NOTE:** Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INMATE  10.4.19  12:20 pm   NAME AND TITLE OF SERVER  M. Bakunco  
FECHA HORA DADO AL RECLUSO _____    NOMBRE Y TÍTULO DEL QUE ENTREGA _____

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o a la información derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review)  ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

FORM 2171B (4/09) Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## Great Meadow Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

**1 NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apelido, Nombre):** Donald, Clairmont
**NO. ♦ NUM:** 18A2991
**HOUSING LOCATION ♦ CELDA:** A-4-2

**2 LOCATION OF INCIDENT ♦ VIOLACIONES:** School 2nd Floor Classroom #2
**INCIDENT DATE ♦ FECHA:** September 27, 2019
**INCIDENT TIME ♦ HORA:** 1:30 PM Approximately

**3 RULE VIOLATION(S) ♦**

| | | | |
|---|---|---|---|
| 100.11 | ASSAULT ON STAFF | 107.10 | INTERFERENCE WITH EMPLOYEE |
| 104.11 | VIOLENT CONDUCT | | |
| 104.13 | CREATING A DISTURBANCE | | |

**4 DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE**

On 9/27/19 and approximate 1:30pm I was notified to report to the school 2nd floor. The following was reported to me; Teacher King was in her classroom supervising 9 inmates taking a TABE test. Inmate Donald, C. 18A2991 (A-4-2) had a question as Teacher King approached inmate's desk, he mumbled and then she felt a sharp intense pain in her upper left thigh area. Teacher King immediately left the classroom and stated to school front desk officer "inmate Donald the old guy closet to the window just cut my leg." Inmate Donald was identified by staff and removed from the classroom. Inmate Donald actions caused all facility movement to be halted for approximately 45 minutes.

**REPORT DATE ♦ FECHA:** 09/27/19
**REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME:** S. Leonard
**SIGNATURE ♦ FIRMA:** S. Leonard
**TITLE ♦ TITULO:** Sergeant

**5 ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:**
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS: 1 _____
2 _____

NOTE: Fold back Page 2 on dotted line before completing below.

**DATE AND TIME SERVED UPON INMATE** 10-4-19  12:20 PM   **NAME AND TITLE OF SERVER** M. Baker co
FECHA HORA DADO AL RECLUSO                                  NOMBRE Y TÍTULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le norifica que el informe anterior es un carge formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

LA CORRECCIONAL CLINTON
DANNEMORA, NEW YORK

ANUNCIO A RECLUSOS

1. <u>CONFINAMIENTO PRE- AUDIENCIA:</u>

   Si restringido pendiente una audiencia por este reporte, usted debe escribir al Diputado Superintendente de Seguridad o su designado antes de la audiencia para hacer una declaracion en la necesidad de confinamiento pre-audiencia.

2. <u>ASISTENCIA A SERVICIOS RELIGIOSOS:</u>

   Por la presente usted queda informado que, de acuerdo con el procedimiento No. 4202 de Directrices de Poliza y Procedimientos -- Programas y Practicas Religiosas, usted puede pedir permiso para asistir al servicio religioso, lo cual se planea regularmente, de su propia religion, la cual usted ha indicado y aparece en su archivo de la institucion. Es importante notar que una solicitud distinta se debera presentar por cada servicio religiouso al cual usted desea asistir.

   Su oficial de unidad de vivenda tiene las solicitudes, y los tendra a su dispuesto cuando usted las solicite. Estas solicitudes se deberan entregar por lo menos 48 horas antes de la hora del servicio, a menos que usted este encerado o confinado menos de 48 horas antes del servicio. Si este es el caso, la solicitud se debera presentar antes de que usted complete 24 horas de encerramiento o confinamiento.

   Empleados designados revisaran su solicitud y usted recibira notificacion en escrito de la decision rendida.

CLINTON CORRECTIONAL FACILITY
DANNEMORA, NEW YORK

## NOTICE TO OFFENDER

1. **PRE-HEARING CONFINEMENT:**

   If restricted pending a hearing for this Misbehavior Report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued pre-hearing confinement.

2. **ATTENDANCE AT RELIGIOUS SERVICES:**

   You are hereby advised that in accordance to policy and procedure Directive # 4202, Religious Programs and Practices, you may apply to attend the regularly scheduled, congregate religious service of your designated religion as noted in your facility records. It is important to note that a separate request must be submitted for each religious service that you desire to attend.

   Your Housing Unit Officer has a supply of the request forms. He will make same available to you upon request. These requests must be submitted 48 hours before the scheduled services unless you have been placed in keeplock or confinement less than 48 hours before the service. If this should be the case, the request must be submitted within 24 hours after your placement in keeplock or confinement.

   Designated staff member will review your request and you will receive written notification of the decision rendered.

   Tier/9