TO: O.S.I.
From : Clairmont Donald 18A2991
RE: Transfer
DATE: 1/29/25



TO.WHOM IT MAY CONCERN

My name is Clairmont Donald 18A2991 I have a civil case against certain officer that were transfered here from Great Meadow correctional (See 22-CV-0793).
My Life has already been threaten due to these same officers who have already assaulted me , I was move to a different HUB because of the the incident and then that facility was closed down I was sent here. I was doing fine prior to the move to this facility I didn't have any misbehaivor reports or incidents with staff members there was no reason to transfer me out of the H.U.B..(Southern HUB) Closer to Family These CO's a side from assaulting me have also planted weapons on me.. It is also a conflict of interest for them to be around them I haven't had an issue with nobody until I got here.
By way of this letter I am also informing the court that is handling this case and the defendants counsel so that it is duly noted.

Respectfully Sumitted

CC.
New York State Attorney General
HoN. Lettia James ESQ.
To: Hon. Paul J. Evangelista
United States District Court for
the Northern District of
New York.

Clairmont Donald 18A2991
Coxsackie Correctional Facility
P.O. BOX. 999
Coxsackie New York 12051

P.S. I was told BY OSI That they were forwarding my complaint to the Chief of investigations for review and handling See Bureau of Field # 198618 I was told I would be moved back to the Hub Near MY Family.

 **Commission of Correction**

**KATHY HOCHUL**
Governor

**ALLEN RILEY**
Chairman

**YOLANDA CANTY**
Commissioner

**ELIZABETH GAYNES**
Commissioner

November 27, 2024

Mr. Clairmont Donald
DIN # 18A2991
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, New York 12051

Dear Mr. Donald:

This is in response to your letter received on November 27, 2024.

Please be advised that the Commission of Correction has forwarded your complaint letter to the Office of Special Investigations for review and handling.

Please be further advised any future correspondence regarding this matter should be addressed directly to the Office of Special Investigations. You may write to them at the following address:

Chief of Investigations / Office of Special Investigations
NYS Department of Corrections and Community Supervision
State Campus, Building 9
Albany, New York 12226

Sincerely,

Bureau of Field Operations
198618

Clairmont Donald

**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 200
COXSACKIE, N.Y. 12051-0200

To: Hon Paul Evangelista
United States District Court For the Northern
District Of New York
    10 Broad Street
Utica New York 13501

"LEGAL MAIL"



ALBANY NY 120
30 JAN 2025 PM 3

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

FEB - 3 2025
RECEIVED